```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

MICHAEL SCOTT SCHEELER,          :     CIVIL ACTION
                                 :     No. 13-5739
    Plaintiff,                   :
                                 :
  v.                             :
                                 :
LEHIGH COUNTY PRISON, et al.,    :
                                 :
    Defendants.                  :

## O R D E R

**AND NOW**, this **12th** day of **February, 2015,** for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 45) is **GRANTED** and the Clerk shall mark the case **CLOSED**.[1]

**AND IT IS SO ORDERED.**

                                  **/s/ Eduardo C. Robreno**
                                  **EDUARDO C. ROBRENO,   J.**

---

[1] Defendant Primecare Medical was voluntarily dismissed on March 4, 2014 (ECF No. 29). This order terminates the case against all remaining Defendants.